| | | |
|---|---|---|
| 1 | **BERGER MONTAGUE PC**<br>Sherrie R. Savett (*pro hac vice*)<br>Lane L. Vines (*pro hac vice*)<br>William H. Ellerbe (*pro hac vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.: (215) 875-3000<br>Fax: (215) 875-4604<br>Email: ssavett@bm.net<br>         lvines@bm.net<br>         wellerbe@bm.net | **ANDRUES/PODBERESKY**<br>Mary Carter Andrues<br>(CA Bar No. 138486)<br>Vicki I. Podberesky<br>(CA Bar No. 123220)<br>Tabitha Zimbert (SBN 279520)<br>tzimbert@aplaw.law<br>818 West 7th Street, Suite 960<br>Los Angeles, CA 90017<br>Tel.: (213) 395-0400<br>Email: mandrues@aplaw.law<br>         vpod@aplaw.law |

*Attorneys for Relator*        *Attorneys for Defendants*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JUDITH ZISSA,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SANTA BARBARA COUNTY ALCOHOL, DRUG, AND MENTAL HEALTH SERVICES; and THE COUNTY OF SANTA BARBARA,<br><br>           Defendants. | Case No. 14-cv-06891-DMG (AGRx)<br><br>**ORDER GRANTING STIPULATED QUALIFIED PROTECTIVE ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Qualified Protective Order is granted as modified by the court.

**IT IS SO ORDERED.**

Dated: June 22, 2020

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

**ORDER RE: STIPULATED QUALIFIED PROTECTIVE ORDER CASE NO. 14-CV-06891-DMG (AGRx)**